**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Strong Communities Foundation of Arizona Inc., and Yvonne Cahill;<br><br>Plaintiffs,<br><br>v.<br><br>Stephen Richer, in his official capacity as Maricopa County, and Maricopa County;<br><br>Defendants. | NO. _____<br><br><br>**INDEX** |

Exhibit:

    (A) Civil Cover Sheet

    (B) State Court Record

        Attachments:
        1. Supplemental Cover Sheet
        2. Recent State Court Docket
        3. Complaint
        4. Service Documents
        5. Remainder of the State Court Record
        6. Verification of Joseph E. La Rue

    (C) Superior Court Notice of Removal to the Federal District Court

1

# EXHIBIT A

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff**(s): | **Strong Communities Foundation of Arizona Inc. , ; Yvonne Cahill , ;** | **Defendant**(s): | **Stephen Richer, in his official capacity as Maricopa County Recorder , Maricopa County Recorder; Maricopa County , ;** |

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**James K. Rogers , Senior Counsel**
America First Legal Foundation
611 Pennsylvania Ave., SE # 231
Washington, D.C.,   20003
(202) 964-3721

**Jennifer J. Wright ,**
Jennifer Wright Esq., PLC
4350 E. Indian School Rd., Ste. #21-105
Phoenix, Arizona   85018

Defendant's Atty(s):

**Thomas P. Liddy , Deputy County Attorney**
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, Arizona   85003
(602) 506-8541

**Joseph E. La Rue , Deputy County Attorney**
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, Arizona   85003
(602) 506-8541

**Jack L. O'Connor III, Deputy County Attorney**
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, Arizona   85003
(602) 506-8541

**Rosa Aguilar , Deputy County Attorney**
Maricopa County Attorney's Office
225 West Madison Street
Phoenix, Arizona   85003
(602) 506-8541

**IFP REQUESTED**

**REMOVAL FROM Maricopa COUNTY, CASE #CV2024-020835**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | **3. Federal Question (U.S. not a party)** |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| <u>IV. Origin</u> : | **2. Removed From State Court** |
| <u>V. Nature of Suit</u>: | **441 Voting** |
| <u>VI.Cause of Action</u>: | **Voter registration list maintenance governed by the National Voter Registration Act, 52 U.S.C. §§ 20501 et seq. and 52 U.S.C. § 21083; voting rights arising under the U.S. Constitution** |

VII. Requested in Complaint

Class Action: No

Dollar Demand:

Jury Demand: No

VIII. This case **IS RELATED** to Case Number **CV-22-00509-PHX-SRB** assigned to Judge **Susan Bolton.**

Signature: /s/ Joseph E. La Rue

Date: August 12, 2024

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# EXHIBIT B

State Court Record Attachments:
1. Supplemental Cover Sheet
2. Recent State Court Docket
3. Complaint
4. Service Documents
5. Remainder of the State Court Record
6. Verification of Joseph E. La Rue

# Attachment 1

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Maricopa County | Defendant | Thomas P. Liddy (Bar No. 019384)<br>Joseph E. La Rue (Bar No. 031348)<br>Jack L. O'Connor III (Bar No. 030660)<br>Rosa Aguilar (Bar No. 037774)<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>225 West Madison Street<br>Phoenix, Arizona 85003<br>Telephone: (602) 506-8541 |
| ADDITIONAL INFORMATION FOR DEFENDANTS' ATTORNEYS | | Thomas P. Liddy, liddyt@mcao.maricopa.gov<br>Joseph E. La Rue, laruej@mcao.maricopa.gov<br>Jack L. O'Connor III, oconnorj@mcao.maricopa.gov<br>Rosa Aguilar, aguilarr@mcao.maricopa.gov |
| | | |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ◯   No ◯
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ◯   No ◯
   If "Yes," by which party and on what date?

**4.     Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County | 08/07/24 | process server |
| | | |
| | | |

**5.     Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| | |
| | |
| | |

**6.     Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| | |
| | |
| | |

**7.     Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| | |
| | |
| | |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Strong Communities Foundation of Arizona Inc. | Plaintiffs | * James K. Rogers, Ariz. No. 027287<br>  America First Legal Foundation<br>  611 Pennsylvania Ave., SE #231<br>  Washington, D.C. 20003<br>* Jennifer J. Wright, Ariz. No. 027145<br>  Jennifer Wright Esq., PLC<br>  4350 E. Indian School Rd, Suite #21-105<br>  Phoenix, Arizona 85018 |
| Yvonne Cahill | Plaintiff | James K. Rogers (info above)<br>Telephone: (202) 964-3721<br>Email: James.Rogers@aflegal.org<br><br>Jennifer J. Wright (info above)<br>Telephone: Not provided<br>Email: jen@jenwesq.com |
| Maricopa County Recorder Stephen Richer<br><br>ADDITIONAL PARTIES AND ATTORNEY INFORMATION PROVIDED ON SEPARATE SHEETS | | Thomas P. Liddy (Bar No. 019384)<br>Joseph E. La Rue (Bar No.031348)<br>Jack L. O'Connor III (Bar No. 030660)<br>Rosa Aguilar (Bar No. 037774)<br>MARICOPA COUNTY ATTORNEY'S OFFICE<br>225 West Madison Street<br>Phoenix, Arizona 85003<br>Telephone (602) 506-8541 |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?    Yes ◯    No ⦿
   If "Yes," by which party and on what date?

3. **Answer:**
   Was an Answer made in another jurisdiction?    Yes ◯    No ⦿
   If "Yes," by which party and on what date?

**4.  Served Parties:**
The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| Maricopa County Recorder Stephen Richer | August 7, 2024 | Personal service |
| Maricopa County | August 7, 2024 | Personal service |
|  |  |  |

**5.  Unserved Parties:**
The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| NONE |  |
|  |  |
|  |  |

**6.  Nonsuited, Dismissed or Terminated Parties:**
Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| NONE |  |
|  |  |
|  |  |

**7.  Claims of the Parties:**
The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | The Recorder is not performing voter registration "list maintenance" required by both state and federal law & governed by federal law. |
| Plaintiffs | The Maricopa County Recorder is failing to send voter information to the Attorney General as required by state law. |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

# Attachment 2

« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2024-020835 | **Judge:** | Viola, Danielle |
| **File Date:** | 8/5/2024 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Strong Communities Foundation Of Arizona Incorporated | Plaintiff | | James Rogers |
| Yvonne Cahill | Plaintiff | Female | James Rogers |
| Stephen Richer | Defendant | Male | Joseph La Rue |
| Maricopa County | Defendant | | Joseph La Rue |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/12/2024 | 005 - ME: Hearing | 8/12/2024 | |
| 8/8/2024 | NAR - Notice Of Appearance | 8/8/2024 | |
| **NOTE:** | Notice of Appearance / co-chrg $245.00 r# 29890111 | | |
| 8/8/2024 | 504: Me: Record Appeal Assignment | 8/8/2024 | |
| 8/7/2024 | OSC - Order To Show Cause | 8/8/2024 | |
| 8/5/2024 | COM - Complaint | 8/6/2024 | |
| 8/5/2024 | CSH - Coversheet | 8/6/2024 | |
| 8/5/2024 | CCN - Cert Arbitration - Not Subject | 8/6/2024 | |
| 8/5/2024 | APL - Application | 8/6/2024 | |
| **NOTE:** | FOR ORDER TO SHOW CAUSE | | |

## Case Calendar

| Date | Time | Event |
|---|---|---|
| 8/9/2024 | 11:00 | Order To Show Cause |

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
|---|---|---|---|---|---|

No records found.

# Attachment 3

CLERK OF THE SUPERIOR COURT
FILED
AUG -5 2024   4:26 PM
J. Wood, Deputy
CV2024-020835
Civil New complaint 337
Receipt #
29884978

**AMERICA FIRST LEGAL FOUNDATION**

James K. Rogers (No. 027287)
 *Senior Counsel*
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003
Phone: (202) 964-3721
James.Rogers@aflegal.org

**JENNIFER WRIGHT ESQ., PLC**

Jennifer J. Wright (No. 027145)
4350 E. Indian School Rd
Suite #21-105
Phoenix, Arizona 85018
jen@jenwesq.com

*Attorneys for Plaintiffs*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| STRONG COMMUNITIES FOUNDATION OF ARIZONA INCORPORATED, and YVONNE CAHILL;<br><br>Plaintiffs,<br>v.<br><br>STEPHEN RICHER, in his official capacity as Maricopa County Recorder; MARICOPA COUNTY;<br><br>Defendants. | Case No. CV2024-020835<br><br>**PLAINTIFFS' COMPLAINT FOR SPECIAL ACTION RELIEF** |

The Plaintiffs hereby allege and state as follows:

**INTRODUCTION**

1. It is against State and federal law for foreign citizens[1] to register to vote.[2]

2. Sixty percent of Arizonans "are concerned that cheating will affect the outcome of the 2024 election."[3]

3. A July 2024 survey of likely voters in Arizona and five other states found that "a little more than one percent (1%) of Likely Voters say they're not U.S. citizens."[4]

4. Many recent electoral races in Arizona have been decided by margins of less than one percent.

5. In 2022, the Legislature adopted stricter voter list maintenance requirements for County Recorders.[5]

6. The Legislature adopted these requirements to ensure that County Recorders remove foreign citizens from voter lists and to allay Arizonans' reasonable concerns about foreign citizen voting.

7. Federal law also requires State and local election officials, including County Recorders, to perform voter list maintenance to ensure that "voters ... who are not eligible to vote [in federal elections] are removed."[6]

---

[1] In this Complaint, the term "foreign citizen" means "any person not a citizen or national of the United States," which is the defined meaning for the term "alien" in federal law. 8 U.S.C.A. § 1101(a)(3).

[2] *See, e.g.*, Ariz. Const. art. VII, § 2(A) (requiring that all voters be U.S. citizens); A.R.S. § 16-101(A)(1) (same); 18 U.S.C. § 1015(f) (knowingly making "any false statement or claim that he is a citizen of the United States in order to register to vote or to vote in any Federal, State, or local election" subjects an alien to five years' imprisonment or fine).

[3] *Arizona: Trump 47%, Biden 40%*, RASMUSSEN REPORTS, (June 14, 2024), https://tinyurl.com/59y4zjsf.

[4] *62% Concerned About Election Cheating*, RASMUSSEN REPORTS, (Jul. 24, 2024), https://tinyurl.com/yckyyy9p.

[5] *See, e.g.*, 2022 Ariz. Legis. Serv. Ch. 370 (H.B. 2243); 2022 Ariz. Legis. Serv. Ch. 99 (H.B. 2492); 16 A.R.S. §§ 121.01, 143, and 165.

[6] 52 U.S.C. § 21083(a)(2)(B)(ii); *see also* 52 U.S.C. § 21083(a)(2)(A) and (a)(4)(A).

8. Puzzlingly, Maricopa County Recorder Stephen Richer has ignored these requirements. He has failed to take the actions required by law to ensure that foreign citizens are removed from Maricopa County's voter rolls.

9. This lawsuit seeks to restore public trust in our State's electoral system by holding Recorder Richer accountable for his failures and to ensure that the list maintenance required by the law—and common sense—is performed.

## PARTIES

10. Plaintiff Strong Communities Foundation of Arizona Incorporated ("EZAZ.org") is a nonprofit organization in Arizona.

11. EZAZ.org is an Arizona-focused grassroots organization headquartered in Maricopa County. Its mission is to make civic participation easy and accessible for all Americans. It trains Arizonans about becoming more civically involved and offers community neighborhood events to engage neighbors who want to stay informed but are generally not civically engaged.

12. An essential part of the mission of EZAZ.org to increase civic engagement is ensuring that Arizona's elections are free, fair, and lawfully administered, which includes proper voter list maintenance.

13. Together with its associated 501(c)4 organization, EZAZ.org has 59,000 subscribers to its mailing list. It has received donations from 4,305 people and conducts 90 or more public events per year. It conducts significant voter outreach and education, including in Maricopa County. It reached over 150,000 voters in 2022. Its donors, subscribers, and followers view it as the public voice for their concerns.

14. EZAZ.org's members include Arizona citizens and voters registered in Maricopa County who are affected by Recorder Richer's unlawful failure to comply with required voter list maintenance practices.

15. As such, EZAZ.org is a party that is beneficially interested in the proper conduct of elections, including voter list maintenance, in Maricopa County.

2

16. Plaintiff Yvonne Cahill is a resident of Maricopa County, where she is registered to vote. Cahill regularly votes in Arizona's primary and general elections. She plans to vote in Arizona's upcoming federal and state elections. She is a naturalized citizen of the United States.

17. As a result, Cahill has a clear interest in supporting the enforcement of Arizona's election laws, including list maintenance requirements.

18. Defendant Stephen Richer is the Maricopa County Recorder, a constitutionally created public office. Ariz. Const. art. XII, § 3. He is sued in his official capacity. The County Recorder is one of the principal elections officers of Maricopa County and is responsible for overseeing and directing numerous components of election administration within the county, including verifying the citizenship of registered voters and other voter list maintenance.[7]

19. Defendant Maricopa County is a political subdivision of the State of Arizona. Recorder Richer is an officer of the county. A.R.S. § 11-401(A)(2). Maricopa County has the power under state law to "[s]ue and be sued." A.R.S. § 11-201(A)(1); *see also Braillard v. Maricopa Cnty.*, 224 Ariz. 481, 487 ¶ 12 (App. 2010).

## JURISDICTION

20. The events and omissions giving rise to this action occurred in Maricopa County.

21. This Court has subject matter jurisdiction over the Plaintiffs' claims under Article VI, sections 14 and 18 of the Arizona Constitution. The Court further has subject matter jurisdiction and the authority to grant relief under A.R.S. §§ 12-122, -123(B), -1801, -1831, -1832, -2021, Ariz. R. Civ. P. 65, and Ariz. R. Special Actions ("RPSA") Rules 3 and 4.

22. Venue lies in Maricopa County pursuant to RPSA 4(b) and A.R.S. § 12-401 because Record Richer resides and holds office in Maricopa County.

---

[7] *See, e.g.*, A.R.S. §§ 16-121.01, -143, -165, and -166.

3

23. This Court has jurisdiction over the Defendants.

**GENERAL ALLEGATIONS**

24. Because it is illegal for any foreign national to register to vote, or to vote, there is no reason for a foreign national to be on voter rolls in this State.

*Arizona's Federal-Only Voters*

25. Arizona law requires that persons registering to vote provide documentary proof of citizenship (DPOC).[8] However, the U.S. Supreme Court has held that the State may not impose these voter registration requirements for registrants who use the federal voter registration form.[9]

26. Because the National Voter Registration Act (NVRA) requires States to "accept and use"[10] the federal form issued by the Election Assistance Commission (EAC),[11] and because that form does not require DPOC, the Supreme Court held in *Arizona v. Inter Tribal Council of Arizona, Inc.* ("*Inter Tribal Council*") that "the NVRA forbids States to demand that an applicant submit additional information beyond that required by the Federal Form."[12]

27. However, because Arizona may establish its own requirements for state and local elections, and because State law requires DPOC, registering to vote in state and local elections still requires that the registrant provide DPOC.

28. Therefore, Arizona has a unique bifurcated system of voter registration whereby voters who have registered without providing DPOC (Federal-Only Voters) are

---

[8] A.R.S. § 16-166(F).

[9] *Arizona v. Inter Tribal Council of Arizona, Inc.*, 570 U.S. 1 (2013).

[10] 52 U.S.C. § 20505(a)(1).

[11] The NVRA originally delegated this authority to the Federal Election Commission. NATIONAL VOTER REGISTRATION ACT OF 1993, PL 103–31, May 20, 1993, 107 Stat 77 § 6(a)(1). The Help America Vote Act transferred this authority to the EAC.

[12] *Intertribal Council*, 570 U.S. at 15.

4

only allowed to vote in primary and general elections for candidates running in federal races.

29. According to the Arizona Secretary of State's Office, as of April 2024, 35,273 registered voters in Arizona had failed to provide proof of citizenship and were, therefore, registered only to vote in federal races.[13]

30. The number of Federal-Only Voters in Maricopa County increases each month.

31. On July 1, 2024, when Maricopa County disclosed its A.R.S. § 16-161(B) report, there were 26,108 Federal-Only Voters, increase from the 21,595 Federal-Only Voters reported by Maricopa on April 1, 2024.[14]

32. This means that in just three months, the number of Federal-Only Voters increased by an astounding 21%.

***Voter List Maintenance Requirements***

33. The U.S. Supreme Court also held in *Inter Tribal Council* that the NVRA *"does not preclude States from denying registration based on information in their possession establishing the applicant's ineligibility."*[15] Further, the Court noted that the NVRA only requires states to register eligible persons.[16] Nor does the Court's decision in *Inter Tribal Council* prohibit States from engaging in the voter list maintenance procedures required by the Help America Vote Act (HAVA),[17] such as inquiring about the citizenship or immigration status of potentially ineligible voters on voter rolls.

34. Further, despite its prohibition on requiring evidence of citizenship status

---

[13] ARIZONA SECRETARY OF STATE'S OFFICE, *Federal Only Registrants as of April 1st, 2024*, (Apr. 1, 2024), https://tinyurl.com/3apvrxub.

[14] MARICOPA COUNTY ELECTIONS, *Historical Voter Registration Totals* (2024), https://tinyurl.com/y64sybxe.

[15] *Intertribal Council*, 570 U.S. at 15. (cleaned up) (emphasis added).

[16] *Id.*

[17] 52 U.S.C. § 21083(a)(2)(A), (a)(2)(B)(ii), (a)(4)(A).

5

beyond the four corners of the EAC's federal voter registration form, the U.S. Supreme Court acknowledged that States nevertheless could access information via other means to help them resolve questions about a voter registration applicant's citizenship status.

35. In 2022, the Legislature enacted, and Governor Ducey signed, H.B. 2492 and H.B. 2243,[18] which, among other things, amended Arizona's election statutes to impose stricter voter list maintenance requirements for Federal-Only Voters.

36. Those requirements mandate that County Recorders perform monthly list maintenance to confirm the citizenship of all Federal-Only Voters.[19]

37. Recorder Richer has failed to perform this required list maintenance.

38. Those requirements also require County Recorders to perform list maintenance within ten days for all newly registered Federal-Only Voters to verify citizenship.[20]

39. Recorder Richer has failed to perform this required list maintenance.

40. One obstacle to performing such list maintenance is that Secretary of State Adrian Fontes has neglected to obtain access for list maintenance to the three databases that the statutes specifically require be consulted to verify citizenship: the U.S. Department of Homeland Security's (DHS) Systematic Alien Verification for Entitlements (SAVE)[21], the Social Security Administration (SSA) database[22], and the National Association for Public Health Statistics and Information Systems (NAPHSIS) electronic verification of vital events system (EVVE).[23]

---

[18] 2022 Ariz. Legis. Serv. Ch. 370 (H.B. 2243); 2022 Ariz. Legis. Serv. Ch. 99 (H.B. 2492).
[19] A.R.S. § 16-165.
[20] A.R.S. § 16-143(D).
[21] A.R.S. §§ 16-121.01(D)(3) and -165(I).
[22] A.R.S. §§ 16-121.01(D)(2) and -165(H).
[23] A.R.S. §§ 16-121.01(D)(4) and -165(J).