# EXHIBIT B

1  | D. Andrew Gaona (028414)
2  | Austin C. Yost (034602)
   | **COPPERSMITH BROCKELMAN PLC**
   | 2800 North Central Avenue, Suite 1900
3  | Phoenix, Arizona 85004
   | T: (602) 381-5486
4  | agaona@cblawyers.com
   | ayost@cblawyers.com
5  |
   | Lalitha D. Madduri*
6  | Christopher D. Dodge*
   | Tyler L. Bishop*
7  | Renata O'Donnell*
8  | **ELIAS LAW GROUP LLP**
   | 250 Massachusetts Ave NW, Suite 400
9  | Washington, D.C. 20001
   | T: (202) 968-4330
10 | lmadduri@elias.law
   | cdodge@elias.law
11 | tbishop@elias.law
   | rodonnell@elias.law
12 |
   | *Attorneys for Proposed Intervenor-Defendants*
13 | *One Arizona and Voto Latino*

14 | *Pro Hac Vice Application Forthcoming*

15 | **UNITED STATES DISTRICT COURT**
   | **DISTRICT OF ARIZONA**

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, and Yvonne Cahill, | No. 24-CV-02030-SMB |
| Plaintiffs, | **DECLARATION OF AMEER PATEL IN SUPPORT OF VOTO LATINO'S AND ONE ARIZONA'S MOTION TO INTERVENE AS DEFENDANTS** |
| v. | |
| Stephen Richer, in his official capacity as Maricopa County Recorder, and Maricopa County, | |
| Defendants. | |

I, Ameer Patel, hereby declare and state the following:

1.      I am over 18 years of age and competent to testify, and the following facts are based on my personal knowledge.

2.      I am the Chief Programs Officer of Voto Latino, a nonpartisan, nonprofit corporation organized under section 501(c)(4) of the Internal Revenue Code. I have been in this position since 2023, and I oversee all of the organization's operations and programs. Prior to becoming Chief Programs Officer, I served as Voto Latino's Vice President of Programs. In that role, I focused on designing programming aimed at increasing Latinx registration and turnout rates. Through these positions, I am personally knowledgeable about Voto Latino's voter-registration and election-related activities, as well as its resource-allocation decisions.

3.      Voto Latino is the largest Latinx advocacy organization in the nation. Its mission is to grow political engagement in historically underrepresented communities, especially among its core constituency: young Latinx voters. To further its mission, Voto Latino spends significant resources on voter education and mobilization initiatives in Arizona, including efforts to encourage voters to turn out to vote, register voters and remind them to update their voter registrations to ensure that they are current and remain active, and inform them about available means of exercising their right to vote. Voto Latino employees and volunteers further these initiatives through email, text banking, in-person canvassing, organizing by on-campus chapters, and social media campaigns in Arizona. This programming is critical for Voto Latino's get-out-the-vote efforts, especially during this important presidential election year. Voto Latino's top priority is to ensure that its constituents can register to vote and cast a ballot that will be counted—enabling them to make their voices heard in the state's democratic process.

4.      Because of the state's large and growing Latinx population, Arizona is one of Voto Latino's highest priority states. Since 2012, Voto Latino has registered more than 65,000 voters in Arizona. In 2022 and 2023 alone, Voto Latino spent approximately $2.4 million on voter registration, voter turnout, and voter persuasion and advocacy initiatives

in Arizona. This year, Voto Latino currently has deployed five on-campus partners across the state who represent students, student organizations, and other campus entities engaged in voter registration and engagement projects.

5.     The Latinx community in Arizona includes a considerably large population of young voters: The largest bloc of Latinx voters in Arizona is comprised of voters between the ages of 18 and 29. It is critical to Voto Latino's effectiveness as an organization to harness the political power of these young people and students in Arizona. In fact, organizing and educating students in Arizona ahead of the 2024 general election is one of our major priorities for the year. Our employees and volunteers are therefore engaged in extensive outreach toward this community this year, with the goal of ensuring that as many as possible are able register to vote, cast a ballot, and have it counted. Currently, several hundreds of thousands of Latinx voters remain unregistered in Arizona.

6.     Voto Latino has also been repeatedly involved in litigation—as a plaintiff to challenge burdensome and restrictive voting laws in Arizona, and as an intervenor defendant to defend against efforts to undermine Arizona laws and practices that protect the ability of Voto Latino's constituents to cast a ballot and have it counted. *See, e.g.*, *Mi Familia Vota v. Fontes*, No. CV-22-00509-PHX-SRB, 2024 WL 862406 (D. Ariz. Feb. 29, 2024) (holding that certain citizenship verification procedures conflicted with the Civil Rights Act and/or the NVRA); *see also Ariz. All. for Retired Ams. v. Hobbs*, 630 F. Supp. 3d 1180 (D. Ariz. 2022) (enjoining provisions of S.B. 1260 that authorized recorders to cancel registrations without notice in violation of the NVRA).[1]

7.     Much of our work in these cases was aimed at preserving the rights of Federal-Only voters who are targeted by this lawsuit. For example, in the *Mi Familia Vota* litigation described above, we successfully preserved the ability of voters who lack documentary proof of citizenship ("DPOC") to register to vote at least as Federal-Only voters in Arizona.

---

[1] *See also RNC v. Fontes*, No. CV2024-050553 (Maricopa Cnty. Super. Ct.); *Strong Cmtys. Found. v. Yavapai Cnty.*, No. S1300CV202400175 (Yavapai Cnty. Super. Ct.); *Ariz. Free Enter. Club v. Fontes*, No. S1300CV202300202 (Yavapai Cnty. Super. Ct.); *Ariz. Free Enter. Club v. Fontes*, No. S1300CV202300872 (Yavapai Cnty. Super. Ct.).

We also introduced extensive evidence and expert testimony refuting false claims about non-citizen voting in Arizona. *Mi Familia Vota*, 2024 WL 862406, at *16, *31. Preserving the rights of voters, including those who are Federal-Only voters, is core to our mission of empowering Latinx voters in Arizona.

8.      This lawsuit severely threatens Voto Latino's constituents, mission, and all of the mission-critical work that I have described above. The plaintiffs seek to compel Maricopa County Recorder Stephen Richer to investigate the citizenship of tens of thousands of Arizonans who are registered as Federal-Only voters in the state's largest county, even though those voters have attested on pain of perjury that they are citizens— with the goal of immediately purging anyone who officials believe is not a citizen. The plaintiffs further seek to compel the Recorder to refer the names and applications of all Federal-Only voters to the state Attorney General for further investigation.

9.      Hasty and haphazard investigations into voter qualifications are likely to lead to misidentification of purportedly unqualified voters—substantially risking improper removal from the rolls and disenfranchisement, as well as improper exposure to criminal investigation. The looming threat of investigation by federal and state authorities merely for registering to vote without producing DPOC is further likely to chill many would-be voters among Voto Latino's core constituency from registering to vote and from casting a ballot if they are registered.

10.      Latinx citizens are more likely than others to lack ready access to DPOC, and also more likely to lack DPOC at all. Additionally, as a highly transient population, young citizens frequently find themselves in circumstances that cause them to have difficulty accessing DPOC. For example, college students often live away from their family homes and voting residences for long periods of time while at school. They also frequently change their temporary address while at school—for example, by moving between dorm rooms or to off-campus apartments, while still maintaining their permanent residence with family. Latinx citizens are also more likely to have been born outside of the United States and thus have more difficulty obtaining DPOC. Language barriers also disproportionately affect

Voto Latino's constituents, increasing the likelihood that these voters will face difficulty in successfully proving their citizenship when they register to vote.

11.     Further, almost half of Arizona's Latinx households live in impoverished or low-income conditions. As a result, many Latinx voters in Arizona lack access to regular, reliable transportation, and also work multiple jobs with demanding schedules. These conditions make it more difficult and costly for Latinx voters in Arizona to obtain DPOC, which can take months and costs upwards of hundreds of dollars.

12.     As a result of these and other circumstances, Voto Latino's core constituency is highly likely to be implicated by the relief that the plaintiffs request. And, of course, if voters are removed from the rolls, they may find themselves completely barred from voting in the 2024 general election, posing a direct threat to Voto Latino's mission and diminishing the voting power of Voto Latino's core constituency.

13.     Indeed, because the relief that the plaintiffs seek would threaten to disenfranchise individuals by removing them from the voter registration rolls and would effectively subject all voters who lack DPOC to extensive state and federal investigation, this action threatens Voto Latino's constituents' fundamental rights and strikes directly at the heart of the organization's mission to grow political engagement among the young Latinx community.

14.     In addition to potentially undermining hard-fought victories we have achieved in prior litigation to preserve the voting rights of the Latinx community in Arizona, the relief plaintiffs are seeking in this case would further cause Voto Latino to expend significant resources and staff time to educate constituents about the risks associated with the new citizenship investigations of Federal-Only-voters and the associated risk of wrongful purging. To combat the effects of such relief, Voto Latino would educate voters on how to check whether they have been removed from the rolls, and how to navigate re-registering (assuming they would even have time to do so). Such programming would be at the expense of the other critical work Voto Latino is engaged in, posing a threat to the

effectiveness of Voto Latino's other programs and resources at a particularly critical time as we enter the final weeks before a major presidential election.

15.     Specifically, because Voto Latino has limited resources, these efforts would necessarily curtail already planned text banking, campus organizing, and voter registration efforts, as well as campaigns about issues of importance for our young and Latinx constituents including healthcare, gun violence prevention, immigration, the environment, reproductive justice, and voting rights.

16.     For all of these reasons, the plaintiffs' requested relief would harm Voto Latino and the communities of voters we serve in Arizona. We simply cannot realize our mission as an organization if our constituents are prevented from voting as a result of voter purges and/or the chilling effects of criminal investigation. And we as an organization will struggle to realize our goals and grow and expand our work in Arizona if we are forced to divert our limited resources to last-minute, error-prone voter purges and investigations that disproportionately affect our constituents.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 16th day of August, 2024.


By: _____
    Ameer Patel
    Chief Programs Officer
    Voto Latino