1

2

3

4

5

6

**UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA**

7   Strong Communities Foundation of Arizona, Inc.,   )   No. CV-24-02030-PHX-SMB

                                                  )

8                   Plaintiffs,          )   **[PROPOSED] ORDER**

                                                  )   **GRANTING VOTO LATINO**

9         v.                            )   **AND ONE ARIZONA'S MOTION**

                                                  )   **TO INTERVENE AS**

10  Stephen Richer, in his official capacity as     )   **DEFENDANTS**

    Maricopa County Recorder, et al.,         )

11                                                    )

               Defendants.        )

12                                                    )

13  _____)

14         Proposed Intervenors Voto Latino and One Arizona moved to intervene as

15  defendants in the above captioned matter. Having considered the parties' motion, the Court

16  finds that Voto Latino and One Arizona have demonstrated a right to intervene under

17  Federal Rule of Civil Procedure 24(a)(2). Good cause thus appearing, the Court hereby

18  **GRANTS** the motion and orders as follows:

19         It is **HEREBY ORDERED** that Voto Latino and One Arizona's Motion to

20  Intervene is **GRANTED**.

21         **IT IS SO ORDERED.**

22

23

24

25

26

27

28