# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Stephen Richer, et al.,<br><br>Defendants. | No. CV-24-02030-PHX-SMB<br><br>**ORDER** |

The Court having considered Plaintiffs' Motion for Leave to File an Overlength Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 15),

**IT IS HEREBY ORDERED** granting the motion. The clerk is directed to file in the proposed Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 16).

Dated this 30th day of September, 2024.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge