# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Stephen Richer, et al., <br><br> Defendants. | No. CV-24-02030-PHX-SMB <br><br> **ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Krissa M. Lanham. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-24-02030-PHX-KML.

Dated this 30th day of September, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge