**GILA COUNTY ATTORNEY'S OFFICE**
Bradley D. Beauchamp, State Bar No. 021668
Joe A. Albo, Deputy County Attorney
AZ State Bar: 004810
1400 E. Ash Street
Globe, AZ 85502
Phone (928) 402-8630
jalbo@gilacountyaz.gov
*Attorneys for Gila County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Inc., and Yvonne Cahill,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN RICHER in his official capacity as Maricopa County Recorder, and MARICOPA COUNTY; LARRY NOBLE, in his official capacity as Apache County Recorder, and APACHE COUNTY; DAVID W. STEVENS, in his official capacity as Cochise County Recorder, and COCHISE COUNTY; PATTY HANSEN, in her official capacity as Coconino County Recorder, and COCONINO COUNTY; SADIE JO BINGHAM, in her official capacity as Gila County Recorder, and GILA COUNTY; POLLY MERRIMAN, in her official capacity as Graham County Recorder, and GRAHAM COUNTY; SHARIE MILHEIRO, in her official capacity as Greenlee County Recorder, and GREENLEE COUNTY; RICHARD GARCIA, in his official capacity as La Paz County Recorder, and LA PAZ COUNTY; LYDIA DURST, in her official capacity as Mohave County Recorder, and MOHAVE COUNTY; MICHAEL SAMPLE, in his official capacity as Navajo County Recorder, and NAVAJO COUNTY; GABRIELLA | Case No.: 24-CV-02030-PHX-SMB<br><br>**GILA COUNTY DEFENDANTS' JOINDER IN THE RULE 26(F) JOINT CASE MANAGEMENT REPORT** |

| | |
|---|---|
| 1 | CAZARES-KELLY, in her official capacity as Pima County Recorder, and PIMA COUNTY; DANA LEWIS, in her official capacity as Pinal County Recorder, and PINAL COUNTY; ANITA MORENO, in her official capacity as Santa Cruz County Recorder, and SANTA CRUZ COUNTY; MICHELLE BURCHILL, in her official capacity as Yavapai County Recorder, and YAVAPAI COUNTY; RICHARD COLWELL, in his official capacity as Yuma County Recorder, and YUMA COUNTY; |
| | Defendant. |

Gila County, by and through undersigned counsel, hereby gives notice of Gila County joinders in the Rule 26(F) Joint Case Management Report.

Respectfully submitted September 30, 2024.

                GILA COUNTY ATTORNEY
                BRADLEY D. BEAUCHAMP

        By: /s/ Joe A. Albo
            Joe A. Albo
            Deputy County Attorney
            Civil Bureau Chief

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all prior Defendants, as well as, Plaintiffs, who have appeared and are registered CM/ECF users will be served by the CM/ECRF system pursuant to the notice of electronic filing, with courtesy copies emailed as follows:

Honorable Susan Brnovich
District Court Judge
Brnovich_chambers@azd.uscourts.gov

/s/Joe A. Albo
Joe A. Albo
Deputy County Attorney
Gila County Attorney's Office