JON R. SMITH
Yuma County Attorney

William J. Kerekes, #007073
Chief Civil Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
Telephone: (928) 817-4300
E-mail: YCAttyCivil@yumacountyaz.gov

Attorney for Yuma County Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| STRONG COMMUNITIES FOUNDATION OF ARIZONA INCORPORATED; *et al.*, | Case No. CV-24-02030-PHX-KML |
|---|---|
| Plaintiffs, | **JOINDER IN MARICOPA COUNTY DEFENDANTS' RESPONSE TO OPPOSING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |
| v. | |
| STEPHEN RICHER; *et al.*, | |
| Defendants. | |

COMES NOW, the Yuma County Attorney, Jon Smith, by and through counsel undersigned, and hereby notices this court and the parties that Yuma County hereby joins the Maricopa County Defendants' Response Opposing Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction. Through this Notice, the Yuma County Defendants hereby adopt all arguments, requests and points of authorities in that document as if fully set forth in its own separate pleadings.

\ \ \

The Yuma County Recorder and the Maricopa County Recorder are similarly situated and conduct their list maintenance procedures in substantially the same manner as dictated by Arizona Revised Statutes, Title 16, and the 2023 Elections Procedure Manual (EPM). Specifically, with regard to list maintenance procedures that are being challenged in this lawsuit and in the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the Yuma County Recorder would make the same arguments regarding standing, laches and Plaintiffs' inability to satisfy the standard of review for issuance of a preliminary injunction. Therefore, in an effort to reduce duplicative filings and to remain respectful of the court's time given the number of parties involved in this lawsuit, the Yuma County Defendants respectfully request this Court apply all arguments set forth in the Maricopa Defendants' Response Opposing Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, to the Yuma County Defendants.

RESPECTFULLY SUBMITTED this 2nd day of October, 2024.

JON R. SMITH
YUMA COUNTY ATTORNEY

*/s/ William J. Kerekes*
William J. Kerekes
Chief Civil Deputy County Attorney
*Attorney for Yuma County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October, 2024, I electronically transmitted the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF System. Counsel for all Defendants, as well as Plaintiffs, who have appeared and are registered CM/ECF users will be served by the CM/ECRF system pursuant to the notice of electronic filing, with courtesy copies emailed as follows:

Honorable Krissa M. Lanham
District Court Judge
Lanham_chambers@azd.uscourts.gov

/s/ Brenda Luna
Lead Paralegal