| **AMERICA FIRST LEGAL FOUNDATION** | **JENNIFER WRIGHT ESQ., PLC** |
|---|---|
| James K. Rogers (No. 027287)<br>   *Senior Counsel*<br>611 Pennsylvania Ave., SE #231<br>Washington, D.C. 20003<br>Phone: (202) 964-3721<br>James.Rogers@aflegal.org | Jennifer J. Wright (No. 027145)<br>4340 E. Indian School Rd<br>Suite #21-105<br>Phoenix, Arizona 85018<br>jen@jenwesq.com |

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, and Yvonne Cahill;<br><br>           Plaintiffs,<br>  v.<br><br>Stephen Richer, in his official capacity as Maricopa County Recorder; *et al.*<br><br>           Defendants. | No. 2:24-cv-02030-KML<br><br>**PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL AS OF RIGHT<br>DENIAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Pursuant to Federal Rule of Appellate Procedure 3(a) and 28 U.S.C. § 1292(a)(1), Plaintiffs Strong Communities Foundation of Arizona Incorporated and Yvonne Cahill hereby appeal as of right, to the U.S. Court of Appeals for the Ninth Circuit, the Court's October 11, 2024 Order, ECF No. 90, denying the Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, ECF No. 57.

RESPECTFULLY SUBMITTED this 14th of October, 2024.

**America First Legal Foundation**

By: __/s/ James Rogers__
    James K. Rogers (No. 027287)
    *Senior Counsel*
    America First Legal Foundation
    611 Pennsylvania Ave., SE #231
    Washington, D.C. 20003
    Phone: (202) 964-3721
    James.Rogers@aflegal.org

    Jennifer J. Wright (027145)
    Jennifer Wright Esq., PLC
    4340 E. Indian School Rd
    Suite #21-105
    Phoenix, Arizona 85018
    jen@jenwesq.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system and transmittal of a Notice of Electronic filing to the CM/ECF registrants on record.

    __/s/ James K. Rogers__
    *Attorney for the Plaintiffs*