TONY ROGERS
LA PAZ COUNTY ATTORNEY
Rachel Shackelford (SBN 029161)
*Chief Deputy County Attorney/Civil Deputy*
1320 Kofa Avenue
Parker, AZ 85344
Phone (928) 669-6118 / Fax: (928) 669-2019
rshackelford@lapaz.gov
Attorneys for La Paz County Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Strong Communities Foundation of Arizona, Inc., and Yvonne Cahill,<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN Richer, in his official capacity as Maricopa County recorder; *et al.,*<br><br>Defendants. | Case No. CV-24-02030-PHX-SMB<br><br>**JOINDER IN MARICOPA COUNTY DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

    La Paz County Defendants, by and through undersigned counsel, hereby join the Maricopa County Defendants' Motion for Judgment on the Pleadings. The La Paz Defendants share the positions presented by the Maricopa County Defendants and seek to avoid duplicative pleadings. Accordingly, the La Paz County Defendants request the Court grant them the same relief sought in Maricopa County Defendants' Motion for Judgement on the pleadings.

    RESPECTFULLY SUBMITTED THIS 28th day of October, 2024.

                                   /s/ Rachel Shackelford
                                   By: Rachel Shackelford
                                   Chief Deputy County Attorney/Civil Deputy

# CERTIFICATE OF SERVICE

I certify that on 28th day of October, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record, with courtesy copy emailed as follows.

Honorable Krissa M. Lanham
District Court Judge
Lanham_chambers@azd.uscourts.gov


By:/s/Rachel Shackelford