IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Stephen Richer, et al.,<br><br>Defendants. | No. CV-24-02030-PHX-KML<br><br>**ORDER** |

Plaintiffs Strong Communities Foundation of Arizona Inc. and Yvonne Cahill seek a stay pending appeal of the order denying their request for a temporary restraining order and preliminary injunction. (Doc. 108 at 2.) Defendants do not oppose a stay. (Doc. 113.) A stay is appropriate but not of the exact duration plaintiffs seek.

The Ninth Circuit has "repeatedly admonished district courts not to delay trial preparation to await an interim ruling on a preliminary injunction." *California v. Azar*, 911 F.3d 558, 583 (9th Cir. 2018). A stay pending an interlocutory appeal often "result[s] in unnecessary delay to the parties and inefficient use of judicial resources." *Melendres v. Arpaio*, 695 F.3d 990, 1003 (9th Cir. 2012) (quoting *Sports Form, Inc. v. United Press Int'l, Inc.* 686 F.2d 750, 753 (9th Cir. 1982)). Neither the motion for stay nor the response discusses this authority and based on present conditions, a stay pending the completion of plaintiffs' appeal is not appropriate.

The order denying injunctive relief relied on *Arizona Alliance for Retired Americans v. Mayes*, 117 F.4th 1165 (9th Cir. 2024), in assessing whether Strong Communities

Foundation of Arizona had organizational standing. The appellees in *Arizona Alliance* filed a petition for rehearing en banc, appellants filed a response, and the Ninth Circuit may act soon. If rehearing is granted, the panel opinion would be withdrawn. If that were to occur, the court's prior standing analysis would need to be revisited and defendants would need to amend their pending motion for judgment on the pleadings. To avoid needless work and promote judicial efficiency, a limited stay pending resolution of the petition for rehearing in *Arizona Alliance* is merited. All other pending motions will be denied without prejudice to reinstatement after the stay is lifted.

Accordingly,

**IT IS ORDERED** the Motion to Stay (Doc. 108) is **GRANTED IN PART**. This case is **STAYED** pending resolution of the petition for rehearing en banc in *Arizona Alliance for Retired Americans v. Mayes*, 117 F.4th 1165 (9th Cir. 2024). Plaintiffs shall file notice within seven days of the Ninth Circuit granting or denying the petition for rehearing.

**IT IS FURTHER ORDERED** the Motions to Intervene (Doc. 5, 46), Motion for Judgment on the Pleadings (Doc. 95) and Motion for Extension of Time (Doc. 109) are **DENIED WITHOUT PREJUDICE**.

Dated this 13th day of November, 2024.

Honorable Krissa M. Lanham
United States District Judge