UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STRONG COMMUNITIES FOUNDATION OF ARIZONA, INC. and YVONNE CAHILL, <br><br>   Plaintiffs - Appellants, <br><br> v. <br><br> JUSTIN HEAP, in his official capacity as Maricopa County Recorder; et al., <br><br>   Defendants - Appellees. | No. 24-6301 <br><br> D.C. No. 2:24-cv-02030-KML District of Arizona, Phoenix <br><br> ORDER |

Before: CALLAHAN, DESAI, and DE ALBA, Circuit Judges.

The stipulated motion to voluntarily dismiss the appeal, Dkt. 48, is **GRANTED**. Fed. R. App. P. 42(b). The oral argument scheduled for April 7, 2025 is vacated, and the parties shall bear their own fees and costs on appeal. This order constitutes the mandate of this court.