# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Stephen Richer, et al., <br><br> Defendants. | No. CV-24-02030-PHX-KML <br><br> **ORDER** |

Based on the mandate issued by the Ninth Circuit, the parties may have resolved their disputes.

**IT IS ORDERED** no later than **April 10, 2025**, the parties shall file a joint statement indicating whether this case should be dismissed. If the case should not be dismissed, the parties should identify proposed deadlines for the remainder of this case.

Dated this 7th day of April, 2025.

Honorable Krissa M. Lanham
United States District Judge