| | |
|---|---|
| **AMERICA FIRST LEGAL FOUNDATION** | **JENNIFER WRIGHT ESQ., PLC** |
| James K. Rogers (No. 027287)<br>   *Senior Counsel*<br>611 Pennsylvania Ave., SE #231<br>Washington, D.C. 20003<br>Phone: (202) 964-3721<br>James.Rogers@aflegal.org | Jennifer J. Wright (No. 027145)<br>4350 E. Indian School Rd<br>Suite #21-105<br>Phoenix, Arizona 85018<br>jen@jenwesq.com |

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Strong Communities Foundation of Arizona Incorporated, and Yvonne Cahill;<br><br>      Plaintiffs,<br>    v.<br><br>Justin Heap, in his official capacity as Maricopa County Recorder; *et al.*<br><br>      Defendants. | No. CV-24-02030-PHX-KML<br><br>**THE PARTIES' NOTICE OF STIPULATED DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiffs and the following Defendants, who constitute all of the remaining parties in this action, stipulate to dismiss this action with prejudice, with all parties to bear their own attorneys' fees and costs:

- Justin Heap, in his official capacity as Maricopa County Recorder
- Maricopa County
- Larry Noble, in his official capacity as Apache County Recorder
- Apache County
- Billy Cloud,[1] in his official capacity as Cochise County Recorder
- Cochise County
- Aubrey Sonderegger,[2] in her official capacity as Coconino County Recorder

---

[1] The prior Defendant, David Stevens, resigned his office of Cochise County Recorder as of February 28, 2025, and Billy Cloud assumed the office. Therefore, under Fed. R. Civ. P. 25(d), the new Cochise County Recorder, Billy Cloud, has been "automatically substituted as a party."

[2] Following the 2024 general election, the prior Defendant, former Coconino County Patty Hansen, no longer holds that office. Under Fed. R. Civ. P. 25(d), the new Coconino County Recorder, Aubrey Sonderegger, has been "automatically substituted as a party."

1

- Coconino County
- Sadie Jo Bingham, in her official capacity as Gila County Recorder
- Gila County
- Polly Merriman, in her official capacity as Graham County Recorder
- Graham County
- Erin Miller,[3] in her official capacity as Greenlee County Recorder
- Greenlee County
- Richard Garcia, in his official capacity as La Paz County Recorder
- La Paz County
- Timothy Jordan,[4] in his official capacity as Navajo County Recorder
- Navajo County
- Gabriella Cázares-Kelly, in her official capacity as Pima County Recorder
- Pima County
- Dana Lewis, in her official capacity as Pinal County Recorder
- Pinal County
- Anita Moreno, in her official capacity as Santa Cruz County Recorder
- Santa Cruz County
- David Lara,[5] in his official capacity as Yuma County Recorder
- Yuma County

The parties have stipulated to this dismissal because the above-named Defendants have agreed to ask DHS to begin responding to requests under 8 U.S.C. §§ 1373 and 1644 to verify the citizenship of each county's federal-only voters.

Accordingly, the parties to this action, who are all signatories to this motion, request that the Clerk dismiss this action as moot.

---

[3] Following the 2024 general election, the prior Defendant, former Greenlee County Recorder Sharie Milheiro, no longer holds that office. Under Fed. R. Civ. P. 25(d), the new Greenlee County Recorder, Erin Miller, has been "automatically substituted as a party."

[4] Following the 2024 general election, the prior Defendant, former Navajo County recorder Michael Sample, no longer holds that office. Under Fed. R. Civ. P. 25(d), the new Navajo County Recorder, Timothy Jordan, has been "automatically substituted as a party."

[5] Following the 2024 general election, the prior named Defendant, former Yuma County recorder Richard Colwell, no longer holds that office. Under Fed. R. Civ. P. 25(d), the new Yuma County Recorder, David Lara, has been "automatically substituted as a party."

Dated: April 9, 2025

Respectfully submitted

America First Legal Foundation

By: /s/ *James K. Rogers*          .
James K. Rogers
611 Pennsylvania Ave., SE #231
Washington, D.C. 20003

Jennifer Wright Esq., PLC

Jennifer J. Wright
4340 E. Indian School Rd
Suite #21-105
Phoenix, Arizona 85018

*Attorneys for Plaintiffs-Appellants Strong Communities Foundation of Arizona and Yvonne Cahill*

By: /s/ *Emily Craiger (with permission)*
Emily Craiger
The Burgess Law Group
Emily@theburgesslawgroup.com

*Attorneys for Larry Noble, in his official capacity as Apache County Recorder and Apache County*

By: /s/ *Paul Correa (with permission)*
Paul Correa
Chief Civil Deputy County Attorney
Cochise County Attorney's Office
Civil Division
100 Higgins Hill
P.O. Drawer CA
Bisbee, Arizona 85603

*Attorneys for Billy Cloud, in his official capacity as Cochise County Recorder and Cochise County*

By: /s/ *Rose Winkeler (with permission*
Rose Winkeler
Flagstaff Law Group
702 N. Beaver St.
Flagstaff, Arizona 86001
rose@flaglawgroup.com

*Attorney for Aubrey Sonderegger, in her official capacity as Coconino County Recorder and Coconino County*

By: /s/ *Joe A. Albo (with permission)*
Joe A. Albo
Gila County Attorney's Office
Civil Division
jalbo@gilacountyaz.gov

*Attorneys for Sadie Jo Bingham, in her official capacity as Gila County Recorder and Gila County*

By: /s/ *Jean Roof (with permission)*
Jean Roof
Graham County Attorney's Office
JRoof@graham.az.gov

*Attorneys for Polly Merriman, in her official capacity as Graham County Recorder and Graham County*

By: /s/ *Gary Griffith (with permission)*
Gary Griffith
Greenlee County Attorney
ggriffith@greenlee.az.gov

*Attorney for Erin Miller, in her official capacity as Greenlee County Recorder and Greenlee County*

By: /s/ *Rachel Shackelford (with permission)*
Rachel Shackelford
La Paz County Attorney
rshackelford@lapaz.gov

*Attorney for Richard Garcia, in his official capacity as La Paz County Recorder and La Paz County*

By: /s/ *Joseph E. La Rue (with permission)*
Joseph E. La Rue
Maricopa County Attorney's Office
225 West Madison St.
Phoenix, Arizona 85003
laruej@mcao.maricopa.gov

*Attorneys for Justin Heap, in his official capacity as Maricopa County Recorder and Maricopa County*

By: /s/ *Jason S. Moore (with permission)*
Jason S. Moore
Deputy Navajo County Attorney
Navajo County Attorney's Office
Jason.Moore@navajocountyaz.gov

*Attorneys for Timothy Jordan, in his official capacity as Navajo County Recorder and Navajo County*

LAURA CONOVER
PIMA COUNTY ATTORNEY
By:     /s/ *Daniel Jurkowitz*
        Daniel Jurkowitz
Deputy County Attorney
PIMA COUNTY ATTORNEY'S OFFICE
CIVIL DIVISION
32 N. Stone #2100
Tucson, AZ 85701
Daniel.Jurkowitz@pcao.pima.gov

*Attorney for Pima County Defendants-Appellees*

By: /s/ *Scott Johnson*
Scott Johnson
Pinal County Attorney's Office
Deputy County Attorney

*Attorney for Pinal County Defendants*

By: */s/ Robert May (with permission)*
Robert May
Bureau Chief – Civil Division
Santa Cruz County Attorney's Office
2150 N. Congress Drive, #201
Nogales, Arizona  85621
RMay@santacruzcountyaz.gov

*Attorneys for Anita Moreno, in her official capacity as Santa Cruz County Recorder and Santa Cruz County*

By: */s/ Jessica L. Holzer (with permission)*
William J. Kerekes
Jessica L. Holzer
Yuma County Attorney's Office
250 W. 2nd Street, Suite G
Yuma, Arizona 85364
bill.kerekes@yumacountyaz.gov

*Attorneys for David Lara, in his official capacity as Yuma County Recorder and Yuma County*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of April, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing and transmittal of a Notice of Electronic filing to the CM/ECF registrants on record.

                                             /s/ *James K. Rogers*
                                            *Attorney for the Plaintiffs*